September 3, 2013

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252

IC System, Inc.
444 Highway 96 E
St. Paul, MN 55127



## NOTICE OF INTENT TO LITIGATE

Attention Legal Department

I recently received a call to my wireless phone number 313-421-1887 from your company that originated from phone number 307-316-7521. This is a number which is known to be used by your company for debt collection activities. The call was received on July 25, 2013 at 3:36 PM. I have had this phone number for an extended period of time.

When you called you failed to identify yourself as a debt collector as required under the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692.

I do not have any debts owed to you and there was no legal or legitimate basis for you to be calling my wireless phone. You did not have my express consent, written or otherwise, to call my wireless phone and your actions were in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 and the Fair Debt collection Practices Act 15 U.S.C. § 1692.

I am writing you to ascertain whether we can reach an amicable settlement regarding these violations of my rights and federal law without resorting to litigation to enforce my rights under the law.

The private right of action allowed under 47 U.S.C. § 227(b)(3)(B)(C) is for statutory damages of $500 and statutory damages under the FDCPA, 15 U.S.C. § 1692d are $1000.

You may contact me at mack2001@swbell.net to discuss this and make arrangements to settle the matter at this time. I need to have a response from you within 10 days of your receipt of this letter to avoid having me move forward with litigation to resolve the matter.

I look forward to hearing from you so that we may amicably settle this issue as soon as is practically possible.

Yours Truly,

David E. Mack

Sent by certified mail # 7011 2000 0001 7989 2740

# Exhibit 1