I.C. SYSTEM INC
P.O. Box 64437
St. Paul, MN  55164-0437

Mail to:
444 Highway 96 East, PO Box 64794
St. Paul, MN  55164-0794

**Electronic Service Requested**

Phone:
On-line:

Toll-Free No.:  888/312-3541
www.yourpayment.com

September 7, 2013

I.C. System Reference Number:  57345892-1-09

RE:   AT&T
Principal:                                               $125.85
**Balance:**                                          **$125.85**
Account No: 9722303328551

57345892-1-09/0263
DAVID MACK
7720 MCCALLUM BLVD APT 2099
DALLAS, TX  75252-7525

$.00 has been Paid Since Placement

Dear  David Mack:

Please accept this letter as confirmation your account has been withdrawn from our files.

We will request that any information our office may have forwarded to the credit reporting agencies regarding this account be deleted or removed from their records.  You may wish to check with your local credit bureau to ensure that your credit file has been corrected.

Sincerely,

*Beth Brown*

Beth Brown
Manager

Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account.  Calls may be monitored and recorded for quality assurance.

**Exhibit 2**