**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CAUSE NO. 4:13-CV-615 |
| | § | |
| I.C. SYSTEM, INC., | § | |
| Defendant. | § | |

## DEFENDANT I.C. SYSTEM, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, I.C. System, Inc., the Defendant herein, and files its Certificate of Interested Parties pursuant to Local Civil Rule 7.4:

*Pro Se Plaintiff:*
David E. Mack

*Defendant:*
I.C. System, Inc.
444 Highway 96 East (Zip 55127)
P.O. Box 64444
St. Paul, MN   55164-0444

    Respectfully submitted,
    **ROBBIE MALONE, PLLC**

    /s/ Robbie Malone
    ROBBIE MALONE
    State Bar No. 12876450
    XERXES MARTIN
    State Bar No. 24078928
    Email: xmartin@rmalonelaw.com
    Northpark Central, Suite 1850
    8750 North Central Expressway
    Dallas, Texas 75231
    (214) 346-2625
    (214) 346-2631 FAX
    E-mail: rmalone@rmalonelaw.com

    *ATTORNEYS FOR DEFENDANT*

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** – Page 1

M:\150.0000 I.C. System, Inc. - General\150.0025 David Mack v. IC System\150.0015 - I.C.'s Certificate of Interested Parties.docx

## **CERTIFICATE OF SERVICE**

 This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via ECF and First Class Mail on this 7th day of November, 2013.

 David E. Mack
 7720 McCallum Blvd. #2099
 Dallas, Texas 75252

        /s/ Robbie Malone
        ROBBIE MALONE

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** – **Page 2**

M:\150.0000 I.C. System, Inc. - General\150.0025 David Mack v. IC System\150.0015 - I.C.'s Certificate of Interested Parties.docx