| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☒ Addressee <br> B. Received by ( *Printed Name*)  C. Date of Delivery 11/14/13 |
| 1. Article Addressed to: <br><br> David Mack <br> 7720 M^cCallum Blvd. <br> No. 2099 <br> Dallas Tx 75252 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 4.13cv615 #6 |
|  | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7013 1710 0000 2210 9958 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540