# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK,<br>Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br>Defendant. | §<br>§<br>§ CAUSE NO. 4:13-CV-615<br>§<br>§ **DEFENDANT'S**<br>§ **INITIAL RULE 26(a)(1)**<br>§ **DISCLOSURES**<br>§ |

To:   Plaintiff, David E. Mack, *pro se,* 7720 McCallum Blvd. #2099, Dallas, Texas 75252

COMES NOW Defendant I.C. System, Inc. and serve its Notice of Defendant's Initial Rule 26(a)(1) Disclosures.  Please be advised that on this date, Defendant's Initial Rule 26(a)(1) Disclosures, have been served upon all counsel of record.

    Respectfully submitted,

    **ROBBIE MALONE, P.L.L.C.**

    _/s/ Robbie Malone_
    ROBBIE MALONE
    State Bar No. 12876450
    XERXES MARTIN
    State Bar No. 24078928
    Email: xmartin@rmalonelaw.com
    Northpark Central, Suite 1850
    8750 North Central Expressway
    Dallas, Texas 75231
    (214) 346-2625
    (214) 346-2631 FAX
    E-mail: rmalone@rmalonelaw.com

    *COUNSEL FOR DEFENDANT*
    *I.C. SYSTEM, INC.*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on Plaintiff via Certified Mail Return Receipt Requested and First Class Mail, on this 29th day of January, 2014 to:

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252

                                         /s/ Robbie Malone
                                         ROBBIE MALONE