IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CAUSE NO. 4:13-CV-615 |
| | § | |
| I.C. SYSTEM, INC., Defendant. | § | |
| | § | |

## AFFIDAVIT OF CAROL LABS

STATE OF MINNESOTA

COUNTY OF RAMSEY

BEFORE ME, the undersigned authority, on this day personally appeared Carol Labs, known to me to be the person whose name is subscribed on this instrument and, having been first duly sworn, upon her oath deposes and states as follows:

1. My name is Carol Labs. I am the Legal Affairs Supervisor for I.C. System, Inc I am over the age of eighteen (18) years, have never been convicted of a felony or a misdemeanor of moral turpitude and am fully competent and qualified to make this Affidavit. I have personal knowledge of all of the facts set forth in this Affidavit and all facts and statements contained herein are true and correct of my own personal knowledge.

2. I.C. System, Inc. is a debt collection agency located in St. Paul, Minnesota. I.C. System, Inc. collects consumer debts for clients.

3. I am custodian of records maintained at I.C. System, Inc.

4. I.C. System, Inc. tracks each telephone call and attempted call it makes to consumers and provides a description as to whether contact was made or whether a voice message was left.

5. These documents are kept in the regular course of business, and it is the regular course of our business, with knowledge of the act, event, condition, or opinion to make the record or to transmit information thereof to be included in this record; and the record was made at or near the time or reasonably soon thereafter.

6. I performed a search of our accounts. There were no results found for David Mack or for the telephone number 313-421-1887.

7. I.C. System, Inc. attempts to collect debts by calling the telephone numbers it has in its account notes.

8. I.C. System, Inc.'s account notes reflect that I.C. System, Inc. never contacted or attempted to contact the telephone number 313-421-1887.

9. I.C. System, Inc. has no account with Plaintiff David Mack.

10. I.C. System, Inc. did not place any telephone calls to Plaintiff for the purposes of harassment.

11. I.C. System, Inc. does not use an automated telephone dialing system ("ATDS") or a predictive dialer as defined by the TCPA.

12. The system I.C. System, Inc. uses does not employ equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator. Further, it does not employ a random or sequential number generator.

13. The system I.C. System, Inc. uses to call cell phones does not employ an artificial or prerecorded voice.

Signature: Carol Labs

Name: Carol Labs

Title: Legal Affairs Supervisor

SWORN TO AND SUBSCRIBED before me, a Notary Public, on this the 5th day of May, 2014.

Christine Leick

CHRISTINE ANNE LEICK
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/19



Not Saved
1 013 3:36PM
Time 00:00:00
Options
Back
1/12
DefApps0004



Not Saved

1 07/25/2013 3:36PM

Time 00:00:00

Options Back

DefApps0005

3/12

DefApps0006

Not Saved

Time 00:00:00

09/13/2013 7:53A

Options Back

4/12

DefApps0007

Not Saved

1 09/14/2013 7:46AM

Time 00:00:00

2 09/13/2013 7:53A

Options Back

5/12

DefApps0008

Not Saved

2108594-1 13

1 [illegible]4/2013 7:46AM

Time 00:00:00

2 09/13/2013 7:53A

Options Back

6/12

DefApps0009

Not Saved

1 /14/2013 7:46AM

Time 00:00:00

2 09/13/2013 7:53A

Options Back

DefApps0010

7/12

TRACFONE
THE CELL PHONE THAT PUTS YOU IN CONTROL

Search TracFone | go to account summary | sign out | español

NO BILLS | NO CONTRACTS | NO SURPRISES | YOU'RE IN CONTROL

ACTIVATE / REACTIVATE PHONE | BUY AIRTIME | REFILL | BUY PHONES AND MORE | TRACFONE PROGRAMS | SERVICE & SUPPORT

## ADD AIRTIME

Welcome Mack2001!
Sun Jul 14 22:38:07 EDT 2013

Enter Airtime PIN | Transaction Summary

### THANK YOU FOR ADDING AIRTIME WITH US!

**Next Steps:**

- Please KEEP YOUR TRACFONE ON at all times. It will be automatically updated within 24 hours.
- Remember to Add Minutes to your TRACFONE BEFORE your Paid Through Date to avoid loss of service!

### Order Summary

| | |
|---|---|
| **Phone Number** | (313) 421-1887 |
| **New Service End Date** | 10/14/2013 |
| **Minutes** | 120 |
| **Service Days** | 90 |

**Did you know that you can Add Airtime directly from your TracFone?** Learn More

[1] Tax and charge/fee amounts are estimated based on the home area for your phone. If your address is in a different city and zip code, the actual tax and charge/fee amounts will be based on your address information, so the amounts may vary from the original estimate.

[2] A fee, charge, or surcharge to fund state and/or local E911 related programs imposed by law on prepaid wireless users or assessed by us to recover its cost of complying with E911 laws and regulations, and, in California, to fund California Public Purpose Programs and User Fees to the CPUC.

[3] This amount is to help recover our contribution requirement to federal universal service.

[4] This amount is to help recover our costs related to complying with government regulations and programs.

© 2013 TRACFONE® TracFone Wireless Inc. All Rights Reserved.

8/12

DefApps0011



Missed Calls
12028886297 (1)
12028705891 (2)
13873167521 (1)
13134211649 (1)
Options
Back
9/12
DefApps0012

# David Mack cell phone 313-421-[illegible]

Recent Calls

1313401... (1)
1202888... (1)
1202870... (2)
? 307316752 (1)
1313421... (2)

Options Back

DefApps0013

10/12



David Mack cell phone 313-421-1887

DefApps0014

11/12



David Mack cell phone [illegible]

Recent Calls
1313481... (1)
1282088... (1)
28705891 (2)
1307316... (1)
1313421... (2)
Options
Back

12/12

DefApps0015