IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, § | |
| Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. 4:13-CV-615 |
| § | |
| I.C. SYSTEM, INC., § | |
| Defendant. § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please withdraw the appearance of Drew A. Jones as counsel for Defendant I.C. System, Inc. ("Defendant"). The basis of this withdrawal is that Mr. Jones is no longer employed with Robbie Malone, PLLC. The undersigned attorneys who have appeared on Defendant's behalf from Robbie Malone, PLLC will continue to represent Defendant in this matter.

Respectfully submitted,

**ROBBIE MALONE, PLLC**

  /s/Xerxes Martin
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@rmalonelaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas   75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been forwarded **via U.S. 1st Class Mail and CM/RRR** on this 22ND day of July, 2014 to:

David Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
(972) 735-9642

                _/s/Xerxes Martin_____
                XERXES MARTIN