IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13cv615 |
| | § | |
| I.C. SYSTEM, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan. The mediator assigned is Ross W. Stoddard III. The mediator's address and telephone number are: 5215 North O'Connor Blvd., Suite 1795, Irving, Texas 75039; (972) 869-2300. The mediation conference shall be conducted by the following date: **August 29, 2014**. The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Full cooperation and courtesy is expected of both Plaintiff and Defendant's counsel.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SO ORDERED.**

SIGNED this 22nd day of July, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE