IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 12 2014

BY DAVID J. MALAND, CLERK
DEPUTY_____

| | | |
|---|---|---|
| David E Mack<br>*Plaintiff,*<br><br>vs<br><br>IC SYSTEM, INC.<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:13-cv-615 |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, David E. Mack, and the Defendant in this cause of action. The parties have reached a settlement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff. Plaintiff has also notified the mediator appointed by the Court of the settlement.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed August 12, 2013

_____
David E Mack

ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231