IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 4:13CV615 |
| | § | |
| IC SYSTEM, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised that all claims in the above-styled civil action have been settled.

Therefore, it is **ORDERED** that, on or before **September 29, 2014** all parties shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

In light of the announcement of settlement, Defendant's Motion for Summary Judgment (Dkt. 14) is **DENIED** as **MOOT**.

**SO ORDERED.**

SIGNED this 18th day of August, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE